**LAVELY & SINGER**
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
SUITE 2400
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE (310) 556-3501
TELECOPIER (310) 556-3615
www.LAVELYSINGER.com

JOHN H. LAVELY, JR.
MARTIN D. SINGER
BRIAN G. WOLF
LYNDA B. GOLDMAN
MICHAEL D. HOLTZ
PAUL N. SORRELL
MICHAEL E. WEINSTEN
EVAN N. SPIEGEL

TODD STANFORD EAGAN
HENRY L. SELF, III
ANDREW B. BRETTLER
DANIEL R. GUTENPLAN
DAVID B. JONELIS
MICHAEL V. MANCINI
JONATHAN M. KLEIN

ALLISON S. HART
KEVIN JAMES
OF COUNSEL

March 3, 2014

**VIA ECF AND**
**FACSIMILE:** (212) 805-7986

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: *Catherine Scorsese v. Michael Simon, et al.*, Case No: 13-cv-2718 (PGG)
**Pre-trial Conference: March 13, 2014 at 10:00 a.m. (EST)**
Our File No. 5300-2

Dear Judge Gardephe:

We represent plaintiff Catherine Scorsese in the above-referenced action. A telephonic pre-trial conference is scheduled for March 13, 2014 at 10:00 a.m. [ECF No. 21.] I will be traveling to New York for other hearings that week, and respectfully request permission to appear in person at the pre-trial conference in this matter. Counsel for defendants informed me that, as of now, they still intend to appear by telephone, but would reevaluate their decision if the Court grants my request.

Thank you for your consideration.

Respectfully,

ANDREW B. BRETTLER

cc: All counsel (*via ECF*)

5300-2\ABB-Gardephe 030314