USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 6, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE SCORSESE,

                Plaintiff,

- against -

MICHAEL SIMON; KENNETH WADDELL;
JUMPVIEW ENTERTAINMENT, LLC; and
CAMPUS LIFE PRODUCTIONS, LLC

                Defendants.

**ORDER**

13 Civ. 2718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The telephone conference previously scheduled for March 13, 2014, is adjourned to **Wednesday, April 2, 2014 at 5:00 p.m.** The parties are directed to initiate the call before dialing Chambers at (212) 805-0224 with all parties on the line.

Dated:  New York, New York
         March 6, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge